UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Anshu Pathak,<br><br>      Plaintiff<br><br>v.<br><br>Exotic Meat Market, Inc.,<br><br>      Defendant | 2:16-cv-00368-JAD-VCF<br><br>**Order Directing Exotic Meat Market, Inc. to Retain Counsel or Face Default** |

Anshu Pathak sues Exotic Meat Market, Inc. for fraud.  "Defendant Sunil Bhasin, as individual, aka president of expired and/or dissolved domestic Corporation[] known as Exotic Meat Market, Inc." responded on behalf of Exotic with a motion to dismiss or transfer venue to the Central District of California.[1]

But corporations like Exotic may appear in federal court only through a licensed attorney. *See* 28 U.S.C. § 1654; *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Licht v. Am. W. Airlines (In re Am. W. Airlines)*, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney.").  Bhasin is not permitted to represent Exotic in this action despite his status as its former president, and the filings he has made on behalf of Exotic in a purported "pro se" capacity are ineffective.

Accordingly, IT IS HEREBY ORDERED that:

1. The Motion to Dismiss or Transfer Venue filed by Bhasin on behalf of Exotic Meat Market, Inc. **[ECF Nos. 5, 6] are DENIED** without prejudice because Bhasin, a non-attorney, lacks the authority to appear on behalf of this corporate defendant;

2. **Exotic Meat Market, Inc. has until <u>May 20, 2016</u>, to retain an attorney licensed to practice in this court and have that attorney file an answer or otherwise respond to the complaint** (this may include the reurging of a motion to dismiss or transfer venue).  If Exotic Meat Market, Inc. fails to timely file a response to the

---

[1] ECF Nos. 5, 6.

complaint *through proper counsel*, the court will grant plaintiff's pending motion for entry of default [ECF No. 13] without further notice.

Dated this 29th day of April, 2016

_____
Jennifer A. Dorsey
United States District Judge