**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

ANSHU B. PATHAK,

    Plaintiff,

vs.

EXOTIC MEAT MARKET INC., et al.,

    Defendant.

2:16-cv-00368-JAD-VCF

**MINUTE ORDER**

Before the Court is the Motion for Intervention (ECF No. 33).

No opposition has been filed. Under Local Rule 7-2, the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem that the parties have consented to the granting of the instant motion.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Motion for Intervention (ECF No. 33) is GRANTED.

DATED this 9th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE