# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ANSHU PATHAK,

    Plaintiff,

vs.

EXOTIC MEAT MARKET, INC., *et al.*,

    Defendants.

2:16-cv-00368-JAD-VCF

**ORDER**

Before the Court is *Anshu Pathak v. Exotic Meat Market, Inc., et al.*, case number 2:16-cv-00368-JAD-VCF. This matter has been referred to the undersigned to set a settlement conference. (ECF No. 67).

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, June 28, 2017, in Courtroom 3D. This is not a settlement conference. The date for the settlement conference will be set at the status hearing.

An officer, director or managing agent of Exotic Meat, Inc. must attend the hearing in person at 10:00 AM, June 28, 2017, in Courtroom 3D.

Anshu Pathak and Sunil Bhasin must attend the hearing in person at 10:00 AM, June 28, 2017, in Courtroom 3D.

DATED this 13th day of June, 2017.

                                                       CAM FERENBACH
                                                     UNITED STATES MAGISTRATE JUDGE