# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANSHU PATHAK,<br><br>   Plaintiff,<br><br>vs.<br><br>EXOTIC MEAT MARKERT INC., *et al.*,<br><br>   Defendants. | 2:16-cv-00368-JAD-VCF<br>**MINUTE ORDER** |

  Before the Court is Nerry Pathak's Request to Attend Settlement Conference as Corporate Officer of Exotic Meat Market Inc. (ECF No. 73).

  No opposition has been filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. The time to oppose has passed. Here, it would seem as though Plaintiff has consented to the granting of the instant motion.

  Accordingly,

  IT IS HEREBY ORDERED that Nerry Pathak's Request to Attend Settlement Conference as Corporate Officer of Exotic Meat Market Inc. (ECF No. 73) is GRANTED.

  DATED this 31st day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE