# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

ANSHU PATHAK,

          Plaintiff,

vs.

EXOTIC MEAT MARKERT INC., *et al.*,

          Defendants.

2:16-cv-00368-JAD-VCF

**ORDER**

ANSHU PATHAK,

          Plaintiff,

vs.

CHARLOTTE SPADARO, *et al.*,

          Defendants.

2:16-cv-02096-RFB-VCF

**ORDER**

Before the Court is Sunil Bhasin's Notice of Motion to Continue and/or Reschedule Settlement Conference Set for August 7, 2017 with the Honorable Magistrate Judge Cam Ferenbach, dated July 31, 2017. (2:16-cv-00368-JAD-VCF, ECF No. 76)

Bhasin states that he is ill and unable to attend the settlement conference on August 7, 2017. *Id.* Accordingly,

IT IS HEREBY ORDERED that the settlement conference is rescheduled to 10:00 AM, September 12, 2017. All else as stated in the Order scheduling the settlement conference remains unchanged. (2:16-cv-00368-JAD-VCF, ECF No. 71, 2:16-cv-02096-RFB-VCF, ECF No. 19)

IT IS FURTHER ORDERED that Sunil Bhasin must submit on or before August 16, 2017, *in camera* to chambers (United States District Court, Attn: U.S. Magistrate Judge Cam Ferenbach, 333 Las Vegas Boulevard South, Suite 3005, Las Vegas, Nevada 89101), documentation from his treating physician verifying the details of his illness.

DATED this 2nd day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE