UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Anshu Pathak, <br>     Plaintiff <br> v. <br> Exotic Meat Market Inc., et al., <br>     Defendants | 2:16-cv-00368-JAD-VCF <br><br> Order Adopting Report and Recommendation and Dismissing Cases <br><br> [ECF No. 79] |

Pro se plaintiff Anshu Pathak brings this fraudulent-transfer-of-trademark case against Exotic Meat Market Inc. for making false statements of material fact to the United States Patent and Trademark Office that Pathak authorized the transfer of his "Vegetable of the Month Club" and "Cheese of the Month Club" trademarks to Exotic Meat Market.[1] Magistrate Judge Ferenbach recommends that I dismiss this case because Pathak indicated during a settlement conference that the issues in this case have been resolved, and Pathak wants to dismiss it.[2]

The report and recommendation was entered September 12, 2017, making September 26, 2017, the deadline to file an objection. Pathak has not filed any objection to the report and recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's report and recommendation [ECF

---

[1] ECF No. 1.

[2] ECF No. 79.

[3] Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); see also Thomas v. Arn, 474 U.S. 140, 150 (1985); United States v. Reyn-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003).

No. 79] is ACCEPTED and ADOPTED; and this action is DISMISSED. The Clerk of Court is directed to enter judgment accordingly and CLOSE THIS CASE.

DATED: October 17, 2017.

_____
Jennifer A. Dorsey
United States District Judge