AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF  NEVADA

ANSHU B. PATHAK,

    Plaintiff,           JUDGMENT IN A CIVIL CASE

v.

                   CASE NUMBER: **2:16-cv-00368-JAD-VCF**

EXOTIC MEAT MARKET INC., et al.,

    Defendant(s).

---

    ☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    ☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this action is dismissed.


October 17, 2017                                                                   **DEBRA K. KEMPI**
                                                                                                 Clerk


                                                                                                  /s/ K. Rusin
                                                                                                 Deputy Clerk